SURREY REALTY CORP., Respondent, *v.* JOSEPH H. GINSBERG, Appellant.

Supreme Court, Appellate Term, Second Department, March 28, 1962.

*H. Gilbert Polinsky* and *Bernard Meyerson* for appellant. *Henry S. Salamon* and *Wallace M. Germain* for respondent.

*Per Curiam.* It was error to exclude tenant's proffered testimony with regard to a claimed oral agreement under which he

was to remain in possession after the written lease expired. Such testimony, if credited, would tend to prove a new and distinct agreement and would not violate the parol evidence rule.

The final order awarding possession for nonpayment of rent and judgment for rent unanimously should be reversed and a new trial ordered, with $30 costs to tenant to abide the event. Final order and judgment, insofar as they dismiss the counterclaim without prejudice, should be affirmed without costs.

Concur — HART, BROWN and BENJAMIN, JJ.

Final order reversed, etc.